**NOLL MANUFACTURING COMPANY,**
**Plaintiff–Appellant,**

v.

**FRESH AIR MANUFACTURING**
**COMPANY, Defendant–**
**Appellee.**

No. 05–1034.

United States Court of Appeals,
Federal Circuit.

May 5, 2005.

Rehearing and Rehearing En Banc
Denied June 14, 2005.

Before MAYER, Circuit Judge,
PLAGER, Senior Circuit Judge, and DYK,
Circuit Judge.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

**Sheryl T. COLEMAN, Petitioner,**

v.

**DEPARTMENT OF THE AIR**
**FORCE, Respondent.**

No. 04–3420.

United States Court of Appeals,
Federal Circuit.

May 5, 2005.

Before MAYER, Circuit Judge,
PLAGER, Senior Circuit Judge, and DYK,
Circuit Judge.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.